# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　　　　　　Plaintiff,<br>　　　　vs.<br><br>PROVIDENT TRUST GROUP, LLC, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF MARIE WALTERS-GILL IRA; MARIE WALTERS-GILL,<br><br>　　　　　　　　　　Defendants. | Adversary Proceeding<br>Case No. 19-50600 (JKS)<br><br><br><br>**Ref Docket No. 32** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO　　　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF FRANKLIN　)

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2. On November 4, 2021, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated November 3, 2021 [Docket No. 32], by causing a true and correct copy to be delivered via electronic mail to: *kengross@thavgross.com*.

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
5TH day of November, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024